IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Civil Action No. 1:23-CV-59

| | |
|---|---|
| FODS, LLC<br><br>Plaintiff,<br><br>v.<br><br>LOW IMPACT TECHNOLOGIES USA, INC. and D & D MANUFACTURING, LLC,<br><br>Defendants. | **Notice of Appearance** |

PLEASE TAKE NOTICE that Elizabeth Vennum of the law firm Hull & Chandler, 1001 Morehead Square Drive, Suite 450 Charlotte, NC 28203 hereby files this Notice of Appearance as counsel for Defendants Low Impact Technologies, USA, Inc. and D & D Manufacturing, LLC.

This, the 13th day of June, 2023

HULL & CHANDLER

By: /s/ Elizabeth Vennum
Elizabeth Vennum
N.C. State Bar No. 49747
Counsel for Defendant
Hull & Chandler
1001 Morehead Square Drive
Suite 450
Charlotte, NC 28203
Tel. (704) 375-8488
Fax (704) 375-8487
lvennum@lawyercarolina.com

**Certificate of Service**

This is to certify that on this date the undersigned filed the foregoing using the Court's CM/ECF system which will send notification of such filing to the following CM/ECF participants:

> Matias Ferrario
> Jason Wenker
> William M. Bryner
> Andy Rinehart
> Chase H. Stevens
> Kilpatrick Townsend & Stockton LLP
> 1001 W. Fourth Street
> Winston Salem, NC 27101
> mferrario@kilpatricktownsend.com
> jwenker@kilpatricktownsend.com
> bbryner@kilpatricktownsend.com
> arinehart@kilpatricktownsend.com
> chstevens@kilpatricktownsend.com
> *Attorneys for Plaintiff FODS, LLC*

This the 13th day of June, 2023.

> Hull & Chandler
>
> By: /s/ Elizabeth Vennum
> Elizabeth Vennum