IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Civil Action No. 1:23-CV-59

| | |
|---|---|
| **FODS, LLC**<br><br>**Plaintiff,**<br><br>v.<br><br>**LOW IMPACT TECHNOLOGIES USA, INC. and D & D MANUFACTURING, LLC,**<br><br>**Defendants.** | **Consent Motion for Extension of Time** |

NOW COMES Counsel for Defendants Low Impact Technologies USA, Inc. and D & D Manufacturing, LLC ("Defendants") and respectfully requests an extension of time in which to Answer Plaintiff's Complaint, showing to the Court the following:

1. Defendants were served on or about June 5, 2023.

2. Accordingly, Defendants have until June 26, 2023 to Answer or otherwise Respond to Plaintiff's Complaint.

3. Counsel for Defendants seeks an extension of time of twenty-one (21) days in which to respond to Plaintiff's allegations.

4. Counsel for Defendants has consulted with Counsel for Plaintiff, who consents to this extension.

5. Counsel for Defendants seeks this extension for good cause, in order to prepare a proper response, and not for the purpose of unnecessary delay.

6. The time to respond has not yet expired.

Therefore, the undersigned Counsel for Defendants respectfully requests a twenty-one (21) day extension of time to respond to Plaintiff's Complaint, up to and including Monday, July 17, 2023.

This, the 13th day of April, 2023

HULL & CHANDLER

By: */s/ Elizabeth Vennum*
Elizabeth Vennum
N.C. State Bar No. 49747
Counsel for Defendant
Hull & Chandler
1001 Morehead Square Drive
Suite 450
Charlotte, NC 28203
Tel. (704) 375-8488
Fax (704) 375-8487
lvennum@lawyercarolina.com

## Certificate of Service

This is to certify that on this date the undersigned filed the foregoing using the Court's CM/ECF system which will send notification of such filing to the following CM/ECF participants:

> Matias Ferrario
> Jason Wenker
> William M. Bryner
> Andy Rinehart
> Chase H. Stevens
> Kilpatrick Townsend & Stockton LLP
> 1001 W. Fourth Street
> Winston Salem, NC 27101
> mferrario@kilpatricktownsend.com
> jwenker@kilpatricktownsend.com
> bbryner@kilpatricktownsend.com
> arinehart@kilpatricktownsend.com
> chstevens@kilpatricktownsend.com
> *Attorneys for Plaintiff FODS, LLC*

This the 13th day of June, 2023.

> Hull & Chandler
>
> By:  */s/ Elizabeth Vennum*
>      Elizabeth Vennum