# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA ASHEVILLE DIVISION

| | | |
|---|---|---|
| FODS, LLC, | ) | |
|     Plaintiff, | ) ) ) | |
|     v. | ) ) | Civil Action No.: 1:23-cv-00059-MR |
| LOW IMPACT TECHNOLOGIES USA, INC. and D&D MANUFACTURING, LLC, | ) ) ) ) ) ) | |
|     Defendants. | ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Carmelle F. Alipio of the law firm of Williams Mullen is admitted to practice in this Court and hereby gives notice of her appearance as counsel of record in the above-captioned case on behalf of Defendants Low Impact Technologies USA, Inc. and D&D Manufacturing, LLC.

Dated: July 13, 2023

**WILLIAMS MULLEN**

By: */s/ Carmelle F. Alipio*
N.C. Bar No. 54738
Attorney for Defendants
WILLIAMS MULLEN
P.O. Drawer 1000
Raleigh, NC 27602-1000
Telephone: (919) 981-4000
Fax: (919) 981-4300
Email: calipio@williamsmullen.com

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will give notice of such filing to all attorneys currently of record in the above-captioned case.

Dated: July 13, 2023

By:   <u>/s/ *Carmelle F. Alipio*</u>
Carmelle F. Alipio
