IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| FODS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | Civil Action No.: 1:23-cv-00059-MR |
| | ) | |
| LOW IMPACT | ) | |
| TECHNOLOGIES USA, | ) | |
| INC. and D&D | ) | |
| MANUFACTURING, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION
FOR EXTENSION OF TIME TO ANSWER OR
<u>OTHERWISE RESPOND TO THE COMPLAINT</u>**

This matter is before the Court upon Defendants' Motion for Extension of Time to Answer or Otherwise Respond to the Complaint.

Good cause having been shown, the Motion is **GRANTED**, and it is hereby **ORDERED** that the deadline for Defendants to file their Answer or otherwise respond to the Complaint is extended thirty (21) days, up to and including August 7, 2023.

This the ____ day of _____, 2023.

_____
United States District Judge